• AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action·

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**MESH COMM, LLC**

**SUMMONS IN A CIVIL CASE**

V.

**PEPCO ENERGY SERVICES, et al.**

CASE

RDB 09CV2804

TO: (Name and address of Defendant)

Pepco Energy Services, Inc.
1300 North 17th Street, Suite 1600
Arlington, VA  22209

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Marc Seldin Rosen, Esquire
Rosen & Warshaw, LLC
26 South Street
Baltimore, MD  21202
(410) 244-1155

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon
CLERK

10/30/09
DATE

(By) DEPUTY CLERK

• AO 440  (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

    G   Served personally upon the defendant.  Place where _____

_____

    G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

        Name of person with whom the summons and complaint were _____

    G   Returned _____

_____

_____

    G   Other (specify): _____

_____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed _____  _____
              Date                  *Signature of Server*

_____
*Address of Server*

___

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

MESH COMM, LLC

V.

PEPCO ENERGY SERVICES, et al.

**SUMMONS IN A CIVIL CASE**

CASE

RDB 09CV2804

TO: (Name and address of Defendant)

Silver Spring Networks
555 Broadway Street
Redwood City, CA  94063

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Marc Seldin Rosen, Esquire
Rosen & Warshaw, LLC
26 South Street
Baltimore, MD  21202
(410) 244-1155

an answer to the complaint which is herewith served upon you, within  __**20**__  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon
CLERK

10/30/09
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

    G  Served personally upon the defendant.  Place where _____

    _____

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were _____

    G  Returned _____

    _____
    _____

    G  Other (specify): _____

    _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed _____
               Date          *Signature of Server*

                            _____
                            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

· AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

MESH COMM, LLC

V.

PEPCO ENERGY SERVICES, et al.

**SUMMONS IN A CIVIL CASE**

CASE

RDB 09CV2804

TO: (Name and address of Defendant)
Pepco Holdings, Inc.
701 9th Street, NW
Washington, DC  20068

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Marc Seldin Rosen, Esquire
Rosen & Warshaw, LLC
26 South Street
Baltimore, MD  21202
(410) 244-1155

an answer to the complaint which is herewith served upon you, within _____**20**_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon
CLERK

10/30/09
DATE

(By) DEPUTY CLERK

AO 440  (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] || DATE |
| NAME OF SERVER *(PRINT)* || TITLE |
| *Check one box below to indicate appropriate method of service* |||
| G | Served personally upon the defendant. Place where ||
| G | Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.<br>Name of person with whom the summons and complaint were ||
| G | Returned ||
| G | Other (specify): ||
| **STATEMENT OF SERVICE FEES** |||
| TRAVEL | SERVICES | TOTAL |
| **DECLARATION OF SERVER** |||
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.<br><br>Executed _____   _____<br>　　　　　　　　Date　　　　　　*Signature of Server*<br><br>　　　　　　　　　　　　　　_____<br>　　　　　　　　　　　　　　*Address of Server* |||

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.